**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 01-1389**

————————

EDWARD E. STROUPE, JR.,

                                    Plaintiff - Appellant,

        versus

COMMISSIONER OF SOCIAL SECURITY,

                                    Defendant - Appellee.

————————

Appeal from the United States District Court for the Western District of Virginia, at Abingdon.   James P. Jones, District Judge. (CA-00-54-1)

————————

Submitted:  July 12, 2001            Decided:  July 19, 2001

————————

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

Edward E. Stroup, Jr., Appellant Pro Se.  Margaret J. Krecke, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania; Julie C. Dudley, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Edward E. Stroupe, Jr., appeals the district court's order affirming the Commissioner's decision denying him Social Security benefits. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Stroupe v. Apfel, No. CA-00-54-1 (W.D. Va. Mar. 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED